UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                        Chapter 7
                                                        Case No. 8-22-73334-reg

**PATRICK FEASER**
**aka PATRICK W FEASER**
**aka PATRICK WILLIAM FEASER,**

                                                        **ORDER VACATING THE**
                                                        **AUTOMATIC STAY**

                     Debtor.
-----------------------------------------------------------X

Upon the Motion of Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, (the "Movant") dated December 15, 2022, for an order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to continue a foreclosure action with regard to real property located at 91 Flower Road, Valley Stream, NY 11581 (the "Collateral"); and no opposition being filed thereto and therefore a hearing was not held; and this Court, having considered the evidence presented, and with good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to continue a foreclosure action as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED** that the Chapter 7 Trustee shall be served with any copy of the referee's report of sale within thirty (30) days of the report, and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that this order shall survive any conversion.



Dated: Central Islip, New York
February 20, 2023

Robert E. Grossman
United States Bankruptcy Judge